```
          ___ FILED   ___ ENTERED        Magistrate Judge James P. Donohue
          ___ LODGED  ___ RECEIVED

               APR 20 2011

               AT SEATTLE
        CLERK U.S. DISTRICT COURT
       WESTERN DISTRICT OF WASHINGTON
                                DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. CR11-27RAJ |
| v. | ) **CONSENT TO RULE 11 PLEA IN A** |
|  | ) **FELONY CASE BEFORE A UNITED** |
| CLAUDIU TUDOR, | ) **STATES MAGISTRATE JUDGE** |
| Defendant. | ) |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the acceptance of my plea by a United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure. I understand that if the United States Magistrate Judge orders the preparation of a presentence investigation report, the

///
///
///
///

11-CR-00027-AF

RULE 11 PLEA/CLAUDIU TUDOR
No. CR11-27RAJ

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  assigned United States District Judge will then decide whether to accept or reject my plea
2  of guilty and any plea agreement I may have with the United States and will adjudicate
3  guilt and impose sentence.

5  DATED this 20th day of April.

CLAUDIU TUDOR
Defendant

JESSE CANTOR
Attorney for Defendant

STEVEN T. MASADA
Assistant United States Attorney

RULE 11 PLEA/CLAUDIU TUDOR
No. CR11-27RAJ