


11-CR-00027-CMP

# Department of the Treasury
### Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CR11-0027RAJ |
| DEFENDANT | TYPE OF PROCESS |
| Ovidiu Mateescu, et al. | PRELIMINARY ORDER OF FORFEITURE |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE |
|---|---|
| | assorted electronic equipment |
| | ADDRESS (Street or RFD, Apartment No., City, State and Zip Code) |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| RICHARD E. COHEN, AUSA<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE |
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE |
| | CHECK BOX IF SERVICE IS ON USA |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Pursuant to the Preliminary Order of Forfeiture, please seize the above-described property and maintain the property in the United States Secret Service's custody and control until further order of the Court.

CATS #:11-USS-000329 ; Agency Case No.: 409-767-23435-S

| Signature of Attorney or other Originator requesting service on behalf of: | PLAINTIFF (mms) X | TELEPHONE NO. | DATE |
|---|---|---|---|
| Richard E. Cohen, AUSA | DEFENDANT | 206/553-2242 | |

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number Of process indicated | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE 12/15/11 |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I PERSONALLY SERVED, HAVE LEGAL EVIDENCE OF SERVICE, HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW

I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE: | A person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE | TIME OF SERVICE | AM PM |
| | SIGNATURE, TITLE AND TREASURY AGENCY | | |

REMARKS:

SEIZED ON 12/15/11. ITEMS AT USSS FIELD OFFICE.