Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR11-00027RAJ |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING MOTION TO TRAVEL |
| CLAUDIU TUDOR, | ) | |
| Defendant. | ) | |

THIS MATTER having come before the Court on Defendant's Motion for an Order to Travel, and the Court having reviewed the instant motion and the records in this matter, and the government filing no opposition, NOW THEREFORE,

IT IS HEREBY ORDERED that Mr. Tudor be allowed to travel to Romania for purposes of a family visit only, as approved by the United States Probation Office. All other conditions of release previously imposed shall remain in effect.

DATED this 8th day of June, 2015.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING
MOTION TO TRAVEL - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Ave., Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**